**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* ____________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **R. L. MLAZGAR ASSOCIATES, INC.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA MLAZGAR ASSOCIATES** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **41-1384474** |
| 4. | **Debtor's address** | **Principal place of business**<br>**10340 VIKING DRIVE STE 150**<br>**EDEN PRAIRIE, MN 55344**<br>Number, Street, City, State & ZIP Code<br>**Hennepin**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **mlazgar.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **R. L. MLAZGAR ASSOCIATES, INC.** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

Debtor **R. L. MLAZGAR ASSOCIATES, INC.** Case number (*if known*)
Name

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | When | Case number, if known | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **R. L. MLAZGAR ASSOCIATES, INC.**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 19, 2026**
MM / DD / YYYY

**X** **/s/ SCOTT ST.MARIE**
Signature of authorized representative of debtor

**SCOTT ST.MARIE**
Printed name

Title **PRESIDENT**

---

**18. Signature of attorney**

**X** **/s/ Will R. Tansey**
Signature of attorney for debtor

Date **November 19, 2026**
MM / DD / YYYY

**Will R. Tansey 323056**
Printed name

**Felhaber, Larson, Fenlon & Vogt, P.A.**
Firm name

**220 South Sixth Street, Suite 2200**
**Minneapolis, MN 55402**
Number, Street, City, State & ZIP Code

Contact phone **612-339-6321** Email address **wtansey@felhaber.com**

**323056 MN**
Bar number and State

Fill in this information to identify the case:

Debtor name **R. L. MLAZGAR ASSOCIATES, INC.**

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CPIG II SOUTHWEST TECH LLC<br>5201 EDEN AVENUE STE 50<br>EDINA, MN 55436 | | | | | | $12,873.17 |
| DROEL PLLC<br>30 S NINTH STREET 7TH FLOOR<br>MINNEAPOLIS, MN 55402 | TIM DROEL<br><br>tdroel@droel.com<br>952-835-1614 | SERVICES | Contingent<br>Unliquidated | $916,432.90 | $0.00 | $916,432.90 |
| GLENDALE NEW BERLIN LLC<br>C/O COLLIERS INTERNATIONAL<br>833 E MICHIGAN STREET STE 500<br>MILWAUKEE, WI 53202 | | | | | | $7,050.02 |
| GUARDIAN LIFE<br>P O BOX 14319<br>LEXINGTON, KY 40512 | | | | | | $40,483.88 |
| HAYSTACKID LLC<br>P O BOX 95858<br>CHICAGO, IL 60694-5858 | | | | | | $35,033.88 |
| HLI SOLUTIONS INC<br>555 FAYETTEVILLE ST STE 1000<br>RALEIGH, NC 27601 | PRESSLY M MILLEN<br><br>press.millen@wbd-us.com<br>919-755-2100 | JUDGMENT | Unliquidated<br>Disputed | | | $9,246,030.00 |
| INGEN SOFTWARE<br>3022 HIGHWAY 367 SOUTH<br>CABOT, AR 72023 | | | | | | $9,767.25 |

Debtor **R. L. MLAZGAR ASSOCIATES, INC.**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **METRO SALES 130415 P O BOX 1415 MINNEAPOLIS, MN 55480-1415** | | | | | | **$437.88** |
| **NATL ECONOMIC RESEARCH ASSOC P O BOX 7247-6754 PHILADELPHIA, PA 19170-6754** | | | | | | **$158,955.87** |
| **ST.MARIE, SCOTT 2098 PIPE LAKE LANE COMSTOCK, WI 54826** | | | | | | **$13,187.88** |
| **TNT CLEANING AND CONSULTING 13950 RADIUM STREET NW RAMSEY, MN 55303** | | | | | | **$237.68** |
| **XCEL ENERGY MN P O BOX 9477 MINNEAPOLIS, MN 55484-9477** | | | | | | **$462.30** |

3FORM LIGHT ART
4770 OHIO AVENUE S  STE B
SEATTLE WA 98134

A BY EMOTIONAL LIGHTING
1460 BROADWAY  STE 6025
NEW YORK NY 10036

A BY EMOTIONAL LIGHTING
12 EAGLE STREET  UNIT 508
PROVIDENCE RI 02908

ABBL ABOVE ALL LIGHTING
1135 THOMAS BUSCH HIGHWAY
PENNSAUKEN NJ 08110

ACCESS LIGHTING
1200 VALENCIA
TUSTIN CA 92780

ACCLAIM LIGHTING 2
6122 S EASTERN AVENUE
LOS ANGELES CA 90040

ACCORD LIGHTING
777 BRICKELL AVENUE  STE 500
MIAMI FL 33131

AFX AMERICAN FLUORESCENT
2345 N ERNIE KRUEGER CIRCLE
WAUKEGAN IL 60087

AGI32
10268 W CENTENNIAL RD  STE 202
LITTLETON CO 80127

ALL COUNTY ELECTRIC SUPPLY
2755 S 163RD STREET
NEW BERLIN WI 53151

ALPHABET LIGHTING /
BRUCK / LEDRABRANDS
88 MAXELL
IRVINE CA 92618

ALS ADVANTANGE LIGHTING SOL
14750 NELSON AVENUE  UNIT B
CITY OF INDUSTRY CA 91744

ALW ARCHITECTURAL LIGHTING WOR
22ND AVENUE  UNIT 1
OAKLAND CA 94606

AMAZON BUSINESS
325 9TH AVENUE N
SEATTLE WA 98109

AMERICA LIGHT INC
1489 WEST 13TH STREET
RIVIERA BEACH FL 33404

ARCLUCE NORTH AMERICA
235 MONTGOMERY STREET STE 2240
SAN FRANCISCO CA 94104

ARCUS USA
10457 ROSELLE STREET
SAN DIEGO CA 92121

ARON LIGHTING
24 PORTLAND ROAD  STE 200
CONSHOHOCKEN PA 19428

ASCENSUS TRUST
FARGO ND 58103

ASSURANCE EMERGENCY LIGHTING
201 CUMBERLAND STREET
MEMPHIS TN 38112

ATKORE
ACS AMERICA CABLE /ALLIED TUBE
16100 LATHROP AVENUE
HARVEY IL 60426-6021

AURALYTE
23940 MILES ROAD
CLEVELAND OH 44128

AURORALIGHT
2742 LOKER AVENUE W
CARLSBAD CA 92010

AUTOCAD - AUTODESK
111 MCINNIS PKWY
SAN RAFAEL CA 94903

AVERLITE
5340 COMMERCE CIRCLE  STE G
INDIANAPOLIS IN 46237

AXIS LIGHTING
2505 SENKUS
LASALLE QC H8N 2X8
CANADA

BALOW, JEFF
4620 S COUNTY RD 92
WACONIA MN 55387

BARRON LIGHTING
7885 N GLEN HARBOR BLVD
GLENDALE AZ 85307

BARTCO LIGHTING
5761 RESEARCH DRIVE
HUNTINGTON BEACH CA 92649

BASO / XAL
133 W 19TH STREET  9TH FLOOR
NEW YORK NY 10011

BEAMEVER INC
100 N HOWARD STREET  STE R
SPOKANE WA 99201

BEGHELLI USA
P O BOX 919764
ORLANDO FL 32891-9764

BEST LIGHTS
100 PARK DRIVE
TROY MI 48083

BJORNBERG, JILL
8531 157TH ST
SAVAGE MN 55378

BLUE HALO LIGHTING
730 NW 7TH STREET
FORT LAUDERDALE FL 33311

BLUEBEAM INC
443 S RAYMOND AVENUE
PASADENA CA 91105

BOCK COMPANY LLC
2476 EDISON BLVD
TWINSBERG OH 44087

BODINE SIGNIFY
400 CROSSINGS BLVD  STE 600
BRIDGEWATER NJ 08807

BORDER STATES
605 25TH STREET S
FARGO ND 58103

BURNS, LAKEN
2906 10TH ST N
FARGO ND 58102

BYZANTIVM
1661 WEST AVENUE #398002
MIAMI BEACH FL 33239

CAHILL

CAROLINE HIGH CHM
700 E MCLEROY BLVD
SAGINAW TX 76179

CASAMBI TECHNOLOGIES INC
5456 PEACHTREE BLVD  #529
ATLANTA GA 30341

CED - BELOIT, WI
3160 S PRAIRIE AVENUE
BELOIT WI 53511

CED - BISMARCK, ND
3131 EAST BROADWAY
BISMARCK ND 58501-5034

CED - FARGO, ND
3850 34TH AVENUE S
FARGO ND 58104

CED - LACROSSE, WI
430 JANSKY PL
LA CROSSE WI 54601

CED - MINNEAPOLIS, MMN
420 37TH AVEUE NE  STE 500
MINNEAPOLIS MN 55421

CED - PORTAGE, WI
2757 COLUMBIA DRIVE
PORTAGE WI 53901

CED - RAPID CITY, SD
2215 MARLIN DRIVE  STE 200
RAPID CITY SD 57701

CED ELECTRIC - APPLETON, WI
3901 W SPENCER STREET
APPLETON WI 54914

CED ELECTRIC - MADISON, WI
2840 INNOVATION WAY  STE 120
SUN PRAIRIE WI 53590

CED ELECTRIC - WAUKESHA, WI
N24W23750 WATERTOWN RD  STE G
WAUKESHA WI 53188

CED INTERSTATE ELECTRIC-KENOSH
6500 27TH AVENUE
KENOSHA WI 53143

CED SUPPLY - EAU CLAIRE, WI
3131 MELBY STREET
EAU CLAIRE WI 54703

CENTERPOINT ENERGY
P O BOX 4671
HOUSTON TX 77210

CHASE INK CREDIT CARD

CISCO DISTRIBUTING
3360 HABECK LANE #24
ABRAMS WI 54101

CITY ELECTRIC SUPPLY
2813 S 5TH COURT
MILWAUKEE WI 53207

CLIFTON LARSON ALLEN LLP
P O BOX 776376
CHICAGO IL 60677-6376

COLLEDGE
UNIT 1 - 3751 NORTH FRASER WAY
BURNABY BC V5J 5G4
CANADA

COMCAST
9602 S 300 W  STE 150
SANDY UT 84070

CONCUR TECHNOLOGIES INC
62157 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

CONTEMPORARY ENERGY SOLUTIONS
4800 REDWOOD DRIVE
MANITOWOC WI 54220

COOPER LIGHTING LLC
P O BOX 109356
ATLANTA GA 30374

CORONET
55 SHEPHERDS LANE
TOTOWA NJ 07512

CPIG II SOUTHWEST TECH LLC
5201 EDEN AVENUE STE 50
EDINA MN 55436

CRAFT METAL PRODUCTS
2751 N EMERSON AVENUE
INDIANAPOLIS IN 46218

CRESCENT ELECTRIC SUPPLY CO
2525 ENTERPRISE DRIVE
STURTEVANT WI 53177

DAKOTA SUPPLY GROUP DSG
2601 3RD AVENUE N
FARGO ND 58102

DALUME
5461 W JEFFERSON BLVD
LOS ANGELES CA 90016

DAY-O-LITE
126 CHESTNUT STREET
WARWICK RI 02888

DEKKO - LUX ILLUMINAIRE
2505 DEKKO DRIVE
GARRETT IN 46738

DEL TORO LIGHTING
401 S RAYMOND AVENUE
ALHAMBRA CA 91803

DIGITAL MEDIA EXPRESS
140 20TH AVENUE SW
MONTEVIDEO MN 56265

DMEX
140 20TH AVENUE SW
MONTEVIDEO MN 56265

DROEL PLLC
30 S NINTH STREET  7TH FLOOR
MINNEAPOLIS MN 55402

ECOSENSE LIGHTING INC
837 N SPRING STREET  STE 103
LOS ANGELES CA 90012

EDISON LIGHTING GROUP
1303 RINGWELL DRIVE  UNIT 2
NEWMARKET ON L3Y 8T9
CANADA

EFFICIENT-TEC INTERNATIONAL
3709 CAVALIER DRIVE
GARLAND TX 75042

ENERGY EFFICIENT PRODUCTS CO
659 S HICKORY STREET
FOND DU LAC WI 54935

EOS
5855 UPLANDER WAY
CULVER CITY CA 90230

ERCO LIGHTING INC
160 RARITAN CENTER PKWY STE 10
EDISON NJ 08837

ESI REXEL ENERGY SOLUTIONS
4150 N JOHN YOUNG PARKWAY
ORLANDO FL 32804

ESTILUZ INC
330 WEST 38TH STREET  STE 710
NEW YORK NY 10018

FLAMSTED OF VERMONT
255 S PROSPECT STREET
BURLINGTON VT 05401

FMBEX
P O BOX 770002
CINCINNATI OH 45277-0086

FOLIO USA INC
8 VANDERBILT AVENUE 9/A
BROOKLYN NY 11201

FREDENBURG, ROSS
1837 IDAHO AVENUE S
ST LOUIS PARK MN 55426

FUNCTIONAL DEVICES
101 COMMERCE DRIVE
SHARPSVILLE IN 46068

GAMMILL, JAMES
794 YORKTOWN PL
ST PAUL MN 55123

GLENDALE NEW BERLIN LLC
C/O COLLIERS INTERNATIONAL
833 E MICHIGAN STREET STE 500
MILWAUKEE WI 53202

GLOBAL LIGHTING PERSPECTIVES
1605 N MAIN STREET BLDG B
PEARLAND TX 77581

GOPHER STAGE LIGHTING
149 THOMPSON AVENUE E STE 130
WEST ST PAUL MN 55118

GORDON BULLARD & CO
991 S GULL LAKE DRIVE
RICHLAND MI 49083

GRAYBAR ELECTRIC
P O BOX 78099
ST LOUIS MO 63178

GUARDIAN LIFE
P O BOX 14319
LEXINGTON KY 40512

GUNNAR ELECTRIC
7960 EDEN PRAIRIE ROAD
EDEN PRAIRIE MN 55347

GVA LIGHTING
2771 BRISTOAL CIRCLE
OAKVILLE ON L6H 6X5
CANADA

HAGGERTY, BRIAN S
6885 KINGSWOOD DR
CEDARBURG WI 53012

HAYSTACKID LLC
P O BOX 95858
CHICAGO IL 60694-5858

HEIN ELECTRIC SUPPLY
2030 S 116TH STREET
WEST ALLIS WI 53227

HEPER USA
1433 N WATER STREET STE 400
MILWAUKEE WI 53202

HIRAM POWER ELECTRIC LLC
13113 W SILVER SPRING DRIVE
BUTLER WI 53007

HLI SOLUTIONS INC
555 FAYETTEVILLE ST STE 1000
RALEIGH NC 27601

HOA, CAT
6284 CENTURY BLVD
MINNEAPOLIS MN 55429

HOHN, GARY V
227427 BOULDER RIDGE CIR
WAUSAU WI 54401

HOLM, BURT
11970 45TH AVENUE N
PLYMOUTH MN 55442

HOUSE, KEVIN W
1542 WHITETAIL RUN
MUKWONAGO WI 53149

HUNT ELECTRIC CORPORATIONS
1000 BLUE GENTIAN ROAD STE 300
EGAN MN 55121

ILC INTELLIGENT LIGHTING CONTR
5229 EDINA INDUSTRIAL BLVD
EDINA MN 55439

ILEX
3909 STONEGATE PARK
ST JOSEPH MI 49085

ILLUMISOFT LIGHTING
2762A SHEFFIELD ROAD
OTTAWA ON K1B 3V9
CANADA

IMPACT
8431 MID COUNTY INDUSTRIAL DR
ST LOUIS MO 63114

INC SAP
CHICAGO IL 60693

INDUSTRIAL LIGHTING /
BARN LIGHT / ILLUMUS
3224 MCCRANEY LOOP
SANFORD FL 32771

INGEN SOFTWARE
3022 HIGHWAY 367 SOUTH
CABOT AR 72023

INSIGHT LIGHTING
4341 FULCRUM WAY NE
RIO RANCHO NM 87144

INTRIGUE LIGHTING
N60 W14592 KAUL AVENUE
MENOMONEE FALLS WI 53051

J.H. LARSON
10200 51ST AVENUE N
PLYMOUTH MN 55442

JESCO LIGHTING GROUP
15 HARBOR PARK DRIVE
PORT WASHINGTON NY 11050

JONES, ANGIE
7309 WEST OLD SAUK RD
MIDDLETON WI 53562

JT SERVICES
ATTN KATIE NESSLER
2055 ROE CREST DRIVE N
MANKATO MN 56003

JUSTICE DESIGN GROUP
P O BOX 4877
COMPTON CA 90224

KB SOURCING
WINTER SPRINGS FL

KENDALL ELECTRIC
2458 NORTH AERO-PARK CT
TRAVERSE CITY MI 49686

KERR, JENNIFER
4273 MILLSTONE DR
CHASKA MN 55318

KKDC
400 SYLVAN AVENUE  STE 208
ENGLEWOOD CLIFFS NJ 07631

KLIK
2838 N BROOKFIELD ROAD  STE 2
BROOKFIELD WI 53045

KREON
20 MURRAY HILL PARKWAY STE 180
EAST RUTHERFORD NJ 07073

KUZCO LIGHTING
3035 E MOUNTAIN ROAD
NORTH LAS VEGAS NV 89081

LAMAR LED AUTRONIC
1150 MOTOR PARKWAY
CENTRAL ISLIP NY 11722

LANDEN FINANCIAL
LEASE DIRECT
P O BOX 41602
PHILADELPHIA PA 19101

LCD
THE L C DOANE COMPANY
P O BOX 700
IVORYTON CT 06442

LEASE DIRECT - 1746052
P O BOX 41602
PHILADELPHIA PA 19101

LEGION
P O BOX 14248
HAUPPAUGE NY 11788

LIGHTCRAFT OUTDOOR
9811 OWENSMOUTH AVENUE #1
CHATSWORTH CA 91311

LIGHTHEADED LIGHTING
572 NICOLA PLACE #1150
POR COQUITLAM BC V3B OK4
CANADA

LIGHTING EXCHANGE
COLUMBUS OH 43215

LIGHTSOME STUDIO
605 BROADWAY
NEWBURGH NY 12550

LITE CONTROL CORPORATION
555 FAYETTEVILLE ST STE 1000
RALEIGH NC 27601

LITON LIGHTING
5461 W JEFFERSON BLVD
LOS ANGELES CA 90016

LLC COLLIERS
MICHIGAN ST STE 500
MILWAUKEE WI 53202

LOS ANGELES LIGHTING CO
10141 OLNEY STREET
EL MONTE CA 91731

LUCIFER LIGHTING CO
3750 NORTH PANAM EXPRESSWAY
SAN ANTONIO TX 78219

LUCIOLE LIGHTING
11520 PHILIPPE-PANNETON
MONTREAL QUEBEC H1E 4G4
CANADA

LUMENTENDER CONTROL SOLUTIONS
605 HERON DRIVE
DELRAY BEACH FL 33444

LUMENTRUSS USA INC
C/O CHAMPLAIN SHIPPING LOGISTI
39 GUS LAPHAM LANE BOX 44
PLATTSBURGY NY 12901

LUMETTA
33 MINNESOTA AVENUE
WARWICK RI 02888

LUMINART SCANGIFT
73 INDUSTRIAL PARKWAY N UNIT 1
AURORA ON L4G 4C4
CANADA

LUMUX LIGHTING INC
P O BOX 241648
LOS ANGELES CA 90024

LURALINE LIGHTING PRODUCTS
2085 W 73RD STREET
HIALEAH FL 33016

LUX DYNAMICS
1350 CAPITAL BLVD
RENO NV 89502

MAGNUM ELECTRIC
1810 23RD STREET S
MOORHEAD MN 56560

MATRIX LIGHTING/MAXTRIX MIRROR
5965 PEACHTREE CORNERS E
SUITE A-1
NORCROSS GA 30071

MELIO
124 E 14TH ST
NEW YORK NY 10003

METRO SALES 130415
P O BOX 1415
MINNEAPOLIS MN 55480-1415

MICROSOFT
ONE MICROSOFT WAY
REDMOND WA 98052-6399

MINNEAPOLIS BUILDERS EXCHANGE
1123 GLENWOOD AVENUE
MINNEAPOLIS MN 55405

MINNESOTA DEPT OF REVENUE
600 N ROBERT STREET
ST PAUL MN 55146

MLAZGAR, MARK R
11500 ZION RD
BLOOMINGTON MN 55437

MOJO ILLUMINATION LLC
1501 WEST 124TH AVENUE STE 300
WESTMINSTER CO 80234

MOORE, TANYA
2109 BUFFALO RUN RD
BUFFALO MN 55313

MP LIGHTING SALES
16 WEST 4TH AVENUE
VANCOUVER BC V5Y 1G3
CANADA

MULE LIGHTING INC
46 BAKER STREET
PROVIDENCE RI 02905

MUSKA LIGHTING
14797 MARTIN DRIVE
EDEN PRAIRIE MN 55344

MYERS EMERGENY POWER SYS
P O BOX 95010
CHICAGO IL 60694-5010

NATL ECONOMIC RESEARCH ASSOC
P O BOX 7247-6754
PHILADELPHIA PA 19170-6754

NEHER ELECTRIC SUPPLY INC
3629 N TEUTONIA AVENUE
MILWAUKEE WI 53206

NETTUM, CHASE M
415 7TH STREET S  APT 21
FARGO ND 58103

NEW STAR CUSTOM LIGHTING
2225 W PERSHING ROAD
CHICAGO IL 60609

NLS LIGHTING LLC
701 KINGSHILL PLACE
CARSON CA 90746

NOV AMERON INTL POLE PRODUCTS
500 N AKARD STREET  STE 400
DALLAS TX 75201

NUWAVE ALSET
560 BUNKER COURT  STE 100
VERNON HILLS IL 60061

NYBECK, BIRGITTA
17635 WIEDMAN WAY
EDEN PRAIRIE MN 55347

OCL ORIGINAL CAST LIGHTING
11902 LACKLAND ROAD
ST LOUIS MO 63146

OLD NATIONAL
1 MAIN STREET
EVANSVILLE IN 47708

OMNILIGHT INC
6501 N AVONDALE AVENUE
CHICAGO IL 60631

PACIFIC DIE CAST FX LIGHTING
5995 CHAPEL HILL ROAD STE 119
RALEIGH NC 27607

PANSIER, SCOTT
630 N HURON STREET
DE PERE WI 54115

PARIS MIRROR
1395 BRICKELL AVENUE STE 800
MIAMI FL 33131

PASS, TONY
730 10TH AVENUE W
SHAKOPEE MN 55379

PAUL, TAYLER
3954 990 STREET
EAU CLAIRE WI 54703

PAYLOCITY
1400 AMERICAN LANE
SCHAUMBURG IL 60173

PEMCO LIGHTING PRODUCTS
150 PEMCO WAY
WILMINGTON DE 19801

PERFECT POWER INC
14000 S BROADWAY
LAS ANGELES CA 90061

PERKOWSKI, JERRY
975 PINEHURST CT #305
BROOKFIELD WI 53005

PHOENIX
8711 W PORT AVENUE
MILWAUKEE WI 53224

PICASSO LIGHTING
46 SELLERS STREET
KEARNY NJ 07032

PIEPER ELECTRIC INC
5477 S WESTRIDGE
NEW BERLIN WI 53151

POINT LIGHTING
P O BOX 686
SIMSBURY CT 06070

POLELED
4155 PATRIOT DRIVE STE 100
GRAPEVIEW TX 76051

PRECISION ARCHITECTURAL
LIGHTING
4830 TIMBER CREEK DRIVE
HOUSTON TX 77017

PREMIER LIGHTING
151 EAST CLIFF ROAD
BURNSVILLE MN 55337

PRO STAR CLEANING SERVICES LLC
740 FERN LANE
SHAKOPEE MN 55379

PRUDENTIAL LIGHTING
1774 E 21ST STREET
LOS ANGELES CA 90058

QUEST CDN
P O BOX 412
SPRING PARK MN 55384-0412

QUORUM OXYGEN LAVIN CYAN
201 RAILHEAD ROAD
FORT WORTH TX 76106

RAYON LIGHTING
1512 N TAMARIND AVENUE
COMPTON CA 90222

RED SKY LIGHTING
9370 PITTSBURGH AVENUE
RANCHO CUCAMONGA CA 91730

REVERE ELECTRIC SUPPLY CO
8807 187TH STREET
MOKENA IL 60448

RILL, JAY
378 NAYMUT STREET
MENASHA WI 54952

RING AND DUCHATEAU
17400 W CAPITAL DRIVE
BROOKFIELD WI 53045

ROSE, NATE
17496 FISHER CT
FARMINGTON MN 55024

ROYAL PACIFIC LTD/MILLENNIUM
RP LIGHTING
4931 PASEO DEL NORTE
ALBUQUERQUE NM 87113

SBC XICATO CORP
102 COOPER COURT
LOS GATOS CA 95032

SCHNEIDER, ANDREW
1515 CAMBRIDGE DRIVE
HUBERTUS WI 53033

SENSORWORX BLP TECHNOLOGIES
2A RESEARCH PARKWAY
WALLINGFORD CT 06492

SENTRY INSURANCE COMPANY
P O BOX 8019
STEVENS POINT WI 54481

SEVERSON, KEITH
7861 COUNTRYSIDE DRIVE
BLOOMINGTON MN 55437

SHELDON, THOMAS
2705 SYCAMORE LANE N
PLYMOUTH MN 55441

SKY FACTORY
801 N 18TH STREET
FAIRFIELD IA 52556

SMART LIGHTING COMPANY
1731 KAISER AVENUE
IRVINE CA 92614

SNOW, CAROLYN
2400 INTERLACHEN ROAD #413
SPRING PARK MN 55344

SOLAR ELECTRIC POWER CO
1521 SE PALM COURT
STUART FL 34997

SOLAS RAY/DIRECT TECH SALES
55 WEST
5935 WEST 84TH STREET STE A
INDIANAPOLIS IN 46278

SOLAVANTI LIGHTING
3709 CAVALIER DRIVE
GARLAND TX 75042

SPECGRADE LED
633 EASTGATE PARKWAY
GAHANNA OH 43230

SPECTRM LIGHTING INC
994 JEFFERSON STREET
FALL RIVER MA 02720

SPIES, DAVID A
2602 CLOVER DRIVE
GRAND FORKS ND 58201

SPRING LIGHTING GROUP
11325 CASH ROAD STE 100
STAFFORD TX 77477

SPRNG ARCHITECTURAL
11325 CASH ROAD STE 100
STAFFORD TX 77477

ST.MARIE, SCOTT
2098 PIPE LAKE LANE
COMSTOCK WI 54826

STAR PRO CLEANING SERVICES LLC
NEW BERLIN WI 53151

STARFIRE LIGHTING
7 DONNA DRIVE
WOOD RIDGE NJ 07075

STERNBERG LIGHTING
555 LAWRENCE AVENUE
ROSELLE IL 60172

STRAFELDA, BODEN
14550 34TH AVENUE N #218
PLYMOUTH MN 55447

STRAFELDA, DARREN F
3 SALEM LANE
SUNFISH LAKE MN 55118

STRAND LIGHTING VARI-LITE
10911 PETAL STREET
DALLAS TX 75238

SUPRENANT, HALEY D
214 W PARK AVENUE
HARTLAND WI 53029

TAPCO TRAFFIC & PARK
5100 WEST BROW DEER ROAD
BROWN DEER WI 53223

TDS TELECOM
525 JUNCTION ROAD
MADISON WI 53717

TECH LLC/SOUTHWEST CROSSING
TECH CENTER LLC
5201 EDEN AVENUE STE 50
EDINA MN 55436

TEMPO
1961 MCGAW AVENUE
IRVINE CA 92614

TERRACAST PRODUCTS
4400 NW 19TH AVENUE STE K
POMPANO BEACH FL 33064

THE MINUSCULLE-MINIMUS
1661 WEST AVENUE #398002
MIAMI BEACH FL 33239

TISCHLEDER, JEFF R
29190 211TH LANE
HENDERSON MN 56044

TMB
527 PARK AVENUE
SAN FERNANDO CA 91340

TNT CLEANING AND CONSULTING
13950 RADIUM STREET NW
RAMSEY MN 55303

TOKISTAR LIGHTING
1015 E DISCOVERY LANE
ANAHEIM CA 92801

UBICQUIA INC
1333 GATEWAY DRIVE STE 1003
MELBOURNE FL 32901

UNITED ELECTRIC
P O BOX 3996
3412 BOLAND DRIVE
SOUTH BEND IN 46628

UNITED HEALTHCARE
P O BOX 1459
MINNEAPOLIS MN 55440-1459

US BANK
800 NICOLLET MALL
MINNEAPOLIS MN 55402

US BANK VISA
CORPORATE PAYMENT SYSTEMS
P O BOX 790428
ST LOUIS MO 63179

USAI LIGHTING
1126 RIVER ROAD
NEW WINDSOR NY 12553

USU/DWM UNITED LIGHTING STAND
DWM HOLDINGS
23171 GROSEBECK HWY
WARREN MI 48089

VALMONT INDUSTRIES INC
WEST HIGHWAY 275
7002 NORTH 288TH STREET
VALLEY NE 68064

VAN METER INC
WERNER ELECTRIC
7450 95TH STREET S
COTTAGE GROVE MN 55016

VANGUARD
200 DRYDEN ROAD
DRESHER PA 19025

VEGA LIGHT CONTROL SYSTEMS
GT SOLUTIONS
31 E 8TH STREET STE 310
HOLLAND MI 48423

VIKING ELECTRIC SUPPLY
P O BOX 945650
MAITLAND FL 32794

VILLA LIGHTING SUPPLY
2929 CHOUTEAU
ST LOUIS MO 63103

VISION3 LIGHTING
2850 SAN ANTONIO DRIVE
FOWLER CA 93625

VISIONAIRE LIGHTING
3780 KILROY AIRPORT WAY #650
BOX 34
LONG BEACH CA 90806

VYV VITAL VIO
185 JORDAN ROAD
TROY NY 12180

W L HALL CO
530 15TH AVENUE S
HOPKINS MN 55343

WALDMANN
9 CENTURY DRIVE
WHEELING IL 60090

WASEK, MADELEINE
312 MEMPHIS AVENUE
MADISON WI 53714

WAYNE TYLER INC
5797 CHESAPEAKE COURT
SAN DIEGO CA 92123

WE ENERGIES
P O BOX 1125
GLENVIEW IL 60025

WE-EF LIGHTING USA LLC
410-D KEYSTONE DRIVE
WARRENDALE PA 15086

WELLS FARGO VENDOR
FINANCIAL SERVICES LLC
P O BOX 30310
LOS ANGELES CA 90030

WERNER (WI) ELECTRIC
4800 W PROSPECT AVENUE
APPLETON WI 54914

WESCO - DULUTH
ENGLEWOOD ELECTRIC SUPPLY CO
2401 INTERNATIONALE PKWY
WOODRIDGE IL 60517

WHITE, VALERIE
4418 SHORE ACRES ROAD
MONONA WI 61031

WINLECTRIC COMPANY
7361 WASHINGTON AVENUE S
EDINA MN 55439

WISCONSIN BUSINESS TAX REG
P O BOX 8902
MADISON WI 53708-8902

WISCONSIN DEPT OF REVENUE
P O BOX 3028
MILWAUKEE WI 53201

WOGGON, JAMES
7038 N YATES ROAD
FOX POINT WI 53217

XCEL ENERGY MN
P O BOX 9477
MINNEAPOLIS MN 55484-9477

XICO
17 WHEELING AVENUE
WOBURN MA 01801

ZAHNER CO
1400 E 9TH STREET
KANSAS CITY MO 64106

ZEPEZAUER, ERIC
3225 S 83RD STREET
MILWAUKEE WI 53219

ZILUX
6330 ZEPHIRIN-PAQUET LOCAL 1B
QUEBEC QC G2C 0M3
CANADA

ZOOM - INFO
55 ALMADEN BLVD  STE 600
SAN JOSE CA 95113

ZOOM - SALES
55 ALMADEN BLVD  STE 600
SAN JOSE CA 95113

ZUMA LIGHTING
3850 S SANTA FE AVENUE
VERNON CA 90058

ZUMTOBEL
3300 ROUTE 9W
HIGHLAND NY 12528

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P O BOX 7346
PHILADELPHIA PA 19101-7346

MN DEPT OF REVENUE
BANKRUPTCY COLLECTION DIVISION
P O BOX 64447-BKY
ST PAUL MN 55164-0447

OFFICE OF THE ATTORNEY GENERAL
ATTN CIVIL PROCESS CLERK
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

US ATTY FOR THE DIST OF MINNESOTA
600 US COURTHOUSE
300 S FOURTH STREET
MINNEAPOLIS MN 55415-3070

US ATTY'S OFFICE
ATTN CIVIL PROCESS CLERK
P O BOX 7238 BEN FRANKLIN STN
WASHINGTON DC 20044-7238

US TRUSTEE
1015 US COURTHOUSE
300 S FOURTH STREET
MINNEAPOLIS MN 55415-3070

MN UNEMPLOYMENT INSURANCE
DEPT OF EMPLOYMENT & ECONOMIC
ATTN BANKRUPTCY UNIT
P O BOX 4629
ST PAUL MN 55101-4629